**Vistula S. CAMPBELL et al., Appellants,
v. AMERICAN LIMESTONE COM-
PANY, Appellee.**

No. 11535.

United States Court of Appeals
Sixth Circuit.

Dec. 18, 1952.

Anderson & Snepp, Knoxville, Tenn.,
for appellants.

Frantz, McConnell & Seymour, Knox-
ville, Tenn., for appellee.

Before ALLEN, MARTIN and MIL-
LER, Circuit Judges.

PER CURIAM.

This appeal has been heard and consid-
ered on the record and on the briefs and
oral arguments of the contesting attorneys;

And it being the opinion of this court
that the findings of fact upon which the
district court based its judgment are sup-
ported by substantial evidence and are not
clearly erroneous and that the conclusions
of law, with citations of supporting author-
ities, embraced in the opinion of the dis-
trict judge, 109 F.Supp. 741, are correct-
ly drawn;

The judgment entered on motion of the
defendant (now appellee) for summary
judgment is affirmed.

**In the Matter of Nathan TIGER, Bankrupt,
Frank Sickinger, Trustee in Bankruptcy of
Nathan Tiger, Bankrupt, Appellant, and
Irving Krause, Creditor-Appellee.**

No. 10829.

United States Court of Appeals
Third Circuit.

Argued Dec. 16, 1952.

Decided Jan. 8, 1953.

Samuel S. Black, Paterson, N. J., for ap-
pellant.

Lester Sandles and Sandles & Sandles,
Newark, N. J. (Sandles & Sandles, Newark,
N. J., on the brief), for appellee.

Before BIGGS, Chief Judge, and GOOD-
RICH and STALEY, Circuit Judges.

PER CURIAM.

An examination of the briefs and record
in this case convinces us that the decision
of the court below, 201 F.Supp. 737, is cor-
rect. No useful purpose would be served
by repeating here what Judge Hartshorne
has ably stated.

Accordingly the judgment of the court
below will be affirmed.